UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Martez Hicks,

    Defendant.
_____/

Case: 2:24-cr-20473
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 8/22/2024
Description: IND USA V MARTEZ HICKS (SS)

Violation:
18 U.S.C. § 922(g)(1)

## **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about August 8, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Martez Hicks, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock 45 nine millimeter pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference.

As a result of the foregoing violation of Title 18, United States Code, Section 922(g)(1) charged in Count One of this Indictment, Defendant Martez Hicks shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

Dated: August 22, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:24-cr-20473<br>Assigned To : Michelson, Laurie J.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 8/22/2024<br>Description: IND USA V MARTEZ HICKS (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing t[...]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)¹**: | |
| ☐Yes ☑No | AUSA's Initials: CFW |

**Case Title:** USA v. Martez Hicks

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 24-mj-30336]**

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

August 22, 2024
Date

Craig F. Wininger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Craig.Wininger@usdoj.gov
(313) 226-9569
Bar: P57058

---

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.